Benny PATRANELLA, Claimant–Appellee,

v.

R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellant.

No. 04–7143.

United States Court of Appeals, Federal Circuit.

April 5, 2005.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

George R. THEISS, Claimant–Appellee,

v.

R. James NICHOLSON, Secretary of Veterans Affairs, Respondent–Appellant.

No. 05–7111.

United States Court of Appeals, Federal Circuit.

April 5, 2005.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).